IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FLORENCE GIESKEN, | : | Civil Action No. 4:11-CV-00011 |
| Plaintiff, | : | |
| vs. | : | DISMISSAL WITH PREJUDICE |
| HILCO RECEIVABLES, LLC, | : | |
| Defendant. | : | |

Plaintiff Florence Giesken, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties. Plaintiff signs out for costs.

Respectfully submitted this 9th day of June, 2011.

Ray Johnson
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com